**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ABDALLAH EL DEEK, *et alii*,** | : | |
| **Plaintiffs,** | : | |
| **versus** | : | **Civil Action No.: 23-2241 (CRC)** |
| **ISLAMIC REPUBLIC OF IRAN, *et alii*,** | : | |
| **Defendants.** | : | |

***CONSENT MOTION OF SPECIAL MASTER JOSEPH PETER DRENNAN AND SPECIAL MASTER PAUL GRIFFIN FOR A LIMITED ENLARGEMENT OF THE AMBIT OF TIME WITHIN WHICH TO SUBMIT THEIR REPORTS AND RECOMMENDATIONS***

COMES NOW, before this Honorable Court, Special Master Joseph Peter Drennan, undersigned, and Special Master Paul Griffin, undersigned, and hereby move pursuant to the provisions of F.R. Civ. P. 6 (b) (1) (A), for a limited enlargement of sixty (60) days, *id est,* to 10 March 2026, of the ambit of time within which they may complete and submit their Report and Recommendation in respect of the instant proceeding, and, in support whereof, your movants would refer this Honorable Court to the following facts and circumstances, *viz.*:

1. That the instant action was filed, on 3 August 2023, against the Islamic Republic of Iran and the Iranian Ministry of Information and Security, by, or in respect of, 318 individual foreign national employees of the United States Government, and family members thereof, who were victims of terrorist suicide bombing attacks against the U.S. Embassy on Beirut, Lebanon, on 18 April 1983, and or the U.S. Embassy Annex, in East Beirut, Lebanon, on 20 September 1984, under, *inter alia*, the Foreign Sovereign Immunities Act (28 U.S.C., §§ 1602, *et seq.*) (hereinafter "FSIA") ;

2. That, following service of process upon the Defendant, through diplomatic means, on 2 July 2024 [Doc. 26, filed on 29 August 2024], and the Clerk's entry of default [Doc. 28, filed on 27 September 2024], the Plaintiffs thereupon moved this Honorable Court, on 29 October 2024, for default judgment on liability [Doc. 28], and, per this Honorable Court's 6 August 2025 Order herein [Doc. 30], the Court granted the Plaintiffs' motion for default judgment as to liability under the FSIA;

3. That, on 10 September 2025, this Honorable Court entered an Order [Doc. 33], appointing Irwin Weiss, Esquire, Judge William Nicklas and Paul Griffin, Esquire, to be special masters, under the provisions of F. R. Civ. P 53, *inter alia*, to consider issues regarding compensatory damages and to submit to this Honorable Court their Report and Recommendation as to each Plaintiff, containing findings of fact and conclusions of law, by 9 January 2026;

4. That, shortly after the issuance of said 10 September 2025 Order by this Honorable Court, Plaintiffs reportedly learned that Special Master Irwin Weiss was no longer practicing law And, hence, would not be able to serve as a special master in respect of the instant matter;

5. That, per Minute Order entered on 18 September 2024, this Honorable Court also appointed Joseph Peter Drennan, undersigned, as a special master in respect of the instant action, in accordance with the Court's above-referenced 10 September 2025 Order;

6. That, on 3 October 2025, Plaintiffs' counsel hosted a Zoom conference among the then remaining special masters, *id est*, the undersigned and Judge William Nicklas, wherein, *inter alia*, Plaintiffs' counsel made available to the undersigned, via the online cloud storage client Box.com, a substantial volume of Plaintiffs' declarations and other pertinent documents, as well as video depositions and deposition transcripts from Plaintiffs, in accordance with the requirements of the above-referenced 10 September 2025 Order of this Honorable Court;

7. That the undersigned have recently learned from counsel to the Plaintiffs that Judge William Nicklas has recently been obliged to resign as a special master in respect of the instant matter due to medical issues, thereby leaving the undersigned as the only two active special masters in respect of the instant matter;

8. That, in consideration of the fact that the undersigned are the only two special masters remaining to prepare and submit reports and recommendations in respect of the subject 318 Plaintiffs in the instant action, coupled with the sheer volume of documents made available to the undersigned on 3 October 2025, the undersigned respectfully submit that they need additional time within which to prepare and submit to this Honorable Court their Reports and Recommendations containing their proposed findings of fact and conclusions of law for each of the subject 318 Plaintiffs – hence, the instant motion;

9. That, accordingly, the undersigned respectfully urge that the confluence of circumstances described above warrants a significant enlargement of the ambit of time within which they may complete and submit their subject Reports and Recommendations; and that, since the undersigned have not insignificant professional obligations in February, 2026, with undersigned Paul Griffin having a trial scheduled early that month, and undersigned Joseph Peter Drennan having a long scheduled trip to New Delhi, India, to attend the American Immigration Lawyers Association, Asia Pacific Chapter Conference, the last week of February, the undersigned respectfully urge that the proposed sixty (60) day extension of time is reasonable;

10. That the instant motion represents the undersigneds' first requested extension;

11. That the time within which the undersigneds' Report and Recommendation is presently due has not, as yet, expired; &

12. That your movants have conferred with counsel for your Plaintiffs who have indicated that the Plaintiffs consent to the instant motion.

WHEREFORE, and for the foregoing reasons, as well as in the Statement of Points and Authorities set forth below, your movants, Joseph Peter Drennan and Paul Griffin, undersigned, respectfully pray that the instant motion be granted and that they be afforded such other and further relief as may be just and proper under the existent circumstances.

Dated: 9 January 2026

Respectfully submitted,

/s/Joseph Peter Drennan
**JOSEPH PETER DRENNAN**
218 North Lee Street
Third Floor
Alexandria, Virginia 22314-2631
Telephone: (703) 519-3773
Telecopier: (703) 548-4399
E-Mail: joseph@josephpeterdrennan.com
District of Columbia Unified Bar No. 358196
*Special Master*

/s/Paul Griffin
**PAUL GRIFFIN**
8720 Georgia Avenue
Suite 703
Silver Spring, Maryland 20910
Telephone: (301) 254-2745
District of Columbia Unified Bar No. 465482
*Special Master*

## *STATEMENT OF POINTS AND AUTHORITIES*

Pursuant to the provisions of Local Civil Rule 7 (a), your movant respectfully refers this Honorable Court to the following Points and Authorities, *viz.*:

1. The facts and circumstances set forth in ramified fashion in the foregoing Motion;
2. The provisions of F. R. Civ. P. 6 (b) (1) (a);
3. The provisions of F. R. Civ. P. 53;
4. The record herein; &
5. The interests of justice.

Dated: 9 January 2026

Respectfully submitted,

/s/Joseph Peter Drennan
**JOSEPH PETER DRENNAN**
218 North Lee Street
Third Floor
Alexandria, Virginia 22314-2631
Telephone: (703) 519-3773
Telecopier: (703) 548-4399
E-Mail: joseph@josephpeterdrennan.com
District of Columbia Unified Bar No. 358196
*Special Master*

/s/Paul Griffin
**PAUL GRIFFIN**
8720 Georgia Avenue
Suite 703
Silver Spring, Maryland 20910
Telephone: (301) 254-2745
District of Columbia Unified Bar No. 465482
*Special Master*

## *CERTIFICATE OF SERVICE*

I, Joseph Peter Drennan, undersigned, hereby and herewith certify that, on this 24th day of October, 2024, the foregoing Motion and Statement of Points and Authorities, and the accompanying Proposed Order, were served upon counsel of record for the Plaintiffs, via electronic mail, *viz.*:

Caragh Fay Owens, Esq.
Fay Law Group, P.A.
6205 Executive Boulevard
Rockville, Maryland 20852
caraghfay@gmail.com ; &

Molly Hoffman Wolfe, Esq.
Fay Law Group, P.A.
6205 Executive Boulevard
Rockville, Maryland 20852
mollywolfeattorney@gmail.com .

Respectfully submitted,

/s/Joseph Peter Drennan
**JOSEPH PETER DRENNAN**
218 North Lee Street
Third Floor
Alexandria, Virginia 22314-2631
Telephone: (703) 519-3773
Telecopier: (703) 548-4399
E-Mail: joseph@josephpeterdrennan.com
District of Columbia Unified Bar No. 358196

*Special Master*